STATE OF NEW JERSEY v. ANTONIOS KRANATSIOS.

April 6, 1981.

Petition for certification denied.

J. PAUL STENDER v. PERMA CLAD INDUSTRIES, INC.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH KIDD, JR.

April 6, 1981.

Petition for certification denied.

S. JAMES GOLDSTEIN v. RUTGERS, THE STATE UNIVERSITY.

April 6, 1981.

Petition for certification denied.

ROBERT A. DONAHUE v. LEO SPANGENBERG.

April 6, 1981.

Petition for certification denied.